Wayne G. Petty (No. 2596), of
MOYLE & DRAPER, P.C.
City Centre I, Suite 900
175 East Fourth South
Salt Lake City, Utah 84111
   Telephone: (801) 521-0250

Stuart T. Matheson (#2118)
MATHESON, MORTENSEN, OLSEN & JEPPSON
648 East 100 South
Salt Lake City, UT 84102
   Telephone: (801) 363-2244

   Attorneys for Defendants



FILED
U.S. DISTRICT COURT
2009 DEC -2 P 1: 10

---

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| GREGG A. AND CONNIE P. HOWELL, | |
| | MOTION TO DISMISS |
| Plaintiff, | PLAINTIFFS' COMPLAINT |
| | |
| v. | |
| | |
| GREEN POINT MORTGAGE FUNDING, INC., GMAC MORTGAGE, LLC., FLAGSHIP FINANCIAL GROUP AND DOES 1-100 INCLUSIVE | Judge Bruce S. Jenkins |
| | Civil No. 2:09cv00964 |
| Defendant. | |

Defendant GMAC Mortgage, LLC hereby moves the Court to dismiss Plaintiffs' Complaint, for failure to comply with the provisions of Rules 8(a), 9(b) and 12(b) of the Federal Rules of Civil Procedure in that Plaintiffs' Complaint is not a short and plain statement of the claim showing that the pleader is entitled to relief, does not abate a fraud claim with particularity, and fails to state a claim upon which relief can be granted.

DATED this 1st day of December, 2009.

                                                MOYLE & DRAPER, P.C.

                              By: _____
                                    Wayne G. Petty
                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION TO DISMISS PLAINTIFFS' COMPLAINT** was mailed this 1st day of December 2009, was served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

    Brandon L. Baker
    BRANDON L. BAKER
    4424 South Century Drive
    Murray, UT 84123

    Richard F. Ensor
    VANTUS LAW GROUP, P.C.
    3165 East Millrock Drive, Suite 160
    Salt Lake City, UT 84101

_Colleen Bailey_